GOLDEN VOICE TECHNOLOGY & TRAINING, L.L.C., Plaintiff–Appellee,

v.

ROCKWELL FIRSTPOINT CONTACT CORPORATION (now known as FirstPoint Contact Corporation) and Conexant Systems, Inc., Defendant–Appellants.

Nos. 03–1621, 05–1055.

United States Court of Appeals, Federal Circuit.

Aug. 17, 2005.

Before NEWMAN, RADER, and PROST, Circuit Judges.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36

Jack BARRECA, Plaintiff–Appellant,

v.

SOUTH BEACH BEVERAGE CO., INC., Lotte USA, and 7–Eleven, Inc., Defendants–Cross Appellants.

Nos. 05–1027, 05–1045, 05–1067.

United States Court of Appeals, Federal Circuit.

Aug. 17, 2005.

Before NEWMAN, Circuit Judge, ARCHER, Senior Circuit Judge, and RADER, Circuit Judge.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36